# United States Court of Appeals
## For the First Circuit

No. 07-1819

NOLBERTA AGUILAR ET AL.,

Petitioners, Appellants,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT DIVISION
OF THE DEPARTMENT OF HOMELAND SECURITY ET AL.,

Respondent, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on November 27, 2007 is corrected as follows:

On page 15, line 8, change

Hoteles Cocorde Int'l, C.A., to

Hoteles Concorde Int'l, C.A.